UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 05-21251-CIV-ALTONAGA/Bandstra

**MANUEL FIGUEROA**, individually and on behalf of those similarly situated,

    Plaintiffs,
vs.

**SHARPER IMAGE CORPORATION**, a Delaware corporation, and **ZENION INDUSTRIES, INC.**, a California corporation,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court on the Motion of the Attorneys General for Leave to File Brief *Amicus Curiae* and Motion to File Twenty-One Page Brief, filed on June 20, 2007 (**D.E. 297**). Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of June, 2007.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    Magistrate Judge Ted Bandstra
       counsel of record