IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 05-21251 CIV- ALTONAGA/BANDSTRA

MANUEL FIGUEROA, and DIXIE
GARNER, individually and on behalf of
those similarly situated,

       Plaintiffs,

v.

SHARPER IMAGE CORP., a Delaware
Corporation,

       Defendant.

_____/

## NOTICE OF FILING EXPERT WITNESS REPORT
## OF TIMOTHY P. CHINARIS

    Intervenor John Potter hereby files the Expert Witness Report of Timothy P. Chinaris, attached hereto as Exhibit 1.  This report is being filed as a supplement to Intervenor John Potter's Objections to Final Approval of Settlement, which was filed with this Court earlier today.

CASE NO.: 05-21251 CIV- ALTONAGA/BANDSTRA

Respectfully submitted,

LEWIS TEIN, P.L.
*Local counsel for John Potter*
3059 Grand Avenue, Suite 340
Coconut Grove, Florida 33133
Telephone:  (305) 442-1101
Facsimile:  (305) 442-6744

By_____/s/ Michael R. Tein____
GUY A. LEWIS
Fla. Bar No.: 0623740
lewis@lewistein.com
MICHAEL R. TEIN
Fla. Bar No.: 993522
tein@lewistein.com
DAVID B. ROSEMBERG
Fla. Bar. No.: 0582239
rosemberg@lewistein.com

DANIEL E. BIRKHAEUSER *(pro hac vice)*
State Bar No. 136646
JENNIFER S. ROSENBERG *(pro hac vice)*
State Bar No. 121023
BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone: (925) 945-0200
Facsimile:  (925) 945-8792

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 22, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List by U.S. Mail.

_____/s/ Michael R. Tein____
MICHAEL R. TEIN

2

CASE NO.: 05-21251 CIV- ALTONAGA/BANDSTRA

## SERVICE LIST

Lubna M. Faruqi, Esq.
Adam Gonnelli, Esq.
FARUQI & FARUQI, LLP
320 East 39th Street
New York, NY  10016

Daniel E. Birkhaeuser, Esq.
Jennifer S. Rosenberg, Esq.
BRAMSON, PLUTZIK, MAHLER
& BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, California  94598

R. Duane Westrup, Esq.
Mark L. Van Buskirk, Esq.
WESTRUP, KLICK & ASSOCIATES
444 West Ocean Blvd., Suite 1614
Long Beach, CA  90802
Brian J. Robbins, Esq.
ROBBINS, UMEDA & FINK, LLP
610 West Ash Street, Suite 1800
San Diego, CA  92101

Daniel Dennis Dolan, II, Esq.
Robert L. Parks, Esq.
Haggard Parks Haggard & Lewis
330 Alhambra Circle, 1st Floor
Coral Gables, FL  33134

Jere F. White, Esq.
Enrique J. Gimenez, Esq.
Stephen J. Rowe
Lightfoot Franklin & White
400 20th Street North
The Clark Building
Birmingham, AL  35203-2706

David Aronoff, Esq.
Gayle I. Jenkins, Esq.
THELEN, REID & PRIEST, LLP
333 S. Hope Street, 29th Floor
Los Angeles, CA  90071-3048

Patrick M. Ryan, Esq.
Hailey R. Hibler, Esq.
THELEN REID & PRIEST, LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3601

James S. Toscano, Esq.
Terry C. Young, Esq.
Lowndes Drosdick Doster Kantor & Reed
P.O. Box 2809
Orlando, FL  32802-2809

**Lewis Tein** PL
ATTORNEYS AT LAW
3059 GRAND AVENUE, SUITE 340, COCONUT GROVE, FLORIDA 33133