IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 05-21251 CIV – ALTONAGA

MANUEL FIGUEROA and DIXIE M. GARNER, individually and on behalf of those similarly situated,

    **Plaintiffs,**

v.

SHARPER IMAGE CORPORATION, a Delaware Corporation,

    **Defendant.**

---

## NOTICE OF FILING PROPOSED ORDER GRANTING PLAINTIFFS' AMENDED AND RESTATED MOTION FOR CLASS CERTIFICATION

Plaintiffs, Manuel Figueroa and Dixie M. Garner, hereby file their Proposed Order Granting Plaintiffs' Amended and Restated Motion for Class Certification.

                                    /s/ Robert L. Parks
                                    Attorney for Plaintiffs

OF COUNSEL:
Robert L. Parks
LAW OFFICES OF ROBERT L. PARKS, P.L.
2121 Ponce de Leon Boulevard, Suite 505
Coral Gables, Florida 33134
Telephone:   305/445-4430
Facsimile:   305/445-4431

Jere F. White, Jr.
Stephen J. Rowe
Enrique J. Gimenez
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North

1

Birmingham, Alabama 35203
(205) 581-0774
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

This is to certify that on this 20th day of February, 2008, a true and correct copy of the foregoing is being served this day on all counsel of record identified on the attached Service List in an authorized manner.

| | |
|---|---|
| David L. Aronoff<br>Thelen Reid & Priest LLP<br>333 S Hope Street<br>29th Floor<br>Los Angeles, CA 90071<br>Counsel for Defendant Sharper Image<br><br>Terry C. Young<br>James S. Toscano<br>Lowndes Drosdick Doster Kantor & Reed<br>PO Box 2809<br>Orlando, FL 32802-2809<br>Co-Counsel for Defendant Sharper Image<br><br>Guy Lewis<br>Michael Tein<br>David B. Rosemberg<br>Lewis Tein PL<br>The Offices at Cocowalk<br>3059 Grand Avenue, Suite 340<br>Coconut Grove, Florida 33133<br>Local Counsel for California Class Counsel | Daniel E. Birkhaeuser<br>Jennifer S. Rosenberg<br>Bramson Plutzik Mahler & Birkhaeuser LLP<br>2125 Oak Grove Road<br>Suite 120<br>Walnut Creek, CA 94598<br>925-945-0200<br>Counsel for Intervenor John Potter |

/s/ Robert L. Parks
OF COUNSEL