IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 05-21251 - ALTONAGA/BANDSTRA

**MANUEL FIGUEROA**, and
**DIXIE GARNER**, individually
and on behalf of those similarly situated,

    Plaintiffs,

v.

**SHARPER IMAGE CORPORATION**,
a Delaware Corporation,

    Defendant.

_____

## JOINT STIPULATION FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED that the law firm of Ricci~Leopold, P.A., withdraws as counsel for the Plaintiff/Objector LA SARMIENTO and be relieved of any further responsibility herein and that the law firm of Leopold~Kuvin, P.A. hereby notice their entry of appearance and request an Order substituting said firm as counsel of record for the Plaintiffs.

Dated: Sept. 16, 2008

| | |
|---|---|
| s/ Theodore J. Leopold | s/ Theodore J. Leopold |
| THEODORE J. LEOPOLD (FNB 705608) | THEODORE J. LEOPOLD (FNB 750608) |
| Email: tleopold@riccilaw.com | Email: tleopold@riccilaw.com |
| RICCI~LEOPOLD, P.A. | LEOPOLD~KUVIN, P.A. |
| 2925 PGA Boulevard, Suite 200 | 2925 PGA Boulevard, Suite 200 |
| Palm Beach Gardens, FL 33410 | Palm Beach Gardens, FL 33410 |
| Telephone: (561) 684-6500 | Telephone: (561) 515-1400 |
| Facsimile: (561) 697-2383 | Facsimile: (561) 515-1401 |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 05-21251 - ALTONAGA/BANDSTRA

**MANUEL FIGUEROA**, and
**DIXIE GARNER**, individually
and on behalf of those similarly situated,

    Plaintiffs,

v.

**SHARPER IMAGE CORPORATION**,
a Delaware Corporation,

    Defendant.

_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September _16_ 2008, I electronically filed the foregoing document with the Clerk of the Court through ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List below.

                                                    /s/Theodore J. Leopold_____
                                                  THEODORE J. LEOPOLD (FBN 705608)
                                                  Florida Bar No. 705608
                                                  RICCI~LEOPOLD, P.A.
                                                  PO Box 31849
                                                  Palm Beach Gardens FL 33420-1849
                                                  Phone: 561-684-6500; Fax: 561-515-2610
                                                  tleopold@riccilaw.com

## SERVICE LIST

Settlement class counsel:

Jere F. White, Jr.
Stephen J. Rowe, Esq.
Enrique J. Gimenez, Esq.
Lightfoot, Franklin & white, LLC
400 20th Street North
Birmingham, AL 35203

Haggard, Parks, Haggard & Lewis, P.A.
330 Alhambra circle
1st Floor
Coral Gables, FL 33134


Counsel for the Defendant:


David L. Aronoff, Esq.
Gayle I. Jenkins, Esq.
Thelen Reid Brown Raysman & Steiner, LLP
333 S. Hope Street
29th Floor
Los Angeles, CA 90071

Patrick M. Ryan, Esq.
Thelen Reid Brown Raysman & Steiner, LLP
101 Second Street
Suite 1800
San Francisco, CA 94150

Terry C. Young, Esq.
James S. Toscano, Esq.
Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
215 North Eola Drive
P. O. Box 2809
Orlando, FL 32801


Counsel for Objector:

Amy Radon, Esq.
Leslie A. Brueckner, Esq.
Public Justice, P.C.

1825 K St, N.W., Suite 200
Washington, DC  20006
Phone: (202) 797-8600; Fax: (202) 232-7203
aradon@publicjustice.net
lbrueckner@publicjustice.net

Arthur H. Bryant, Esq.
Public Justice, P.C.
555 12th Street
Suite 1620
Oakland, CA 94607
Phone: (510) 622-8150; Fax: (510) 622-8155
abryant@publicjustice.net